UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION <br><br> This applies to: <br><br> DAVID CAPE <br><br> Plaintiff, <br><br> vs. <br><br> JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO, LLC; JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; MITSUBISHI TANABE PHARMA DEVELOPMENT AMERICA INC.; and JOHNSON & JOHNSON; <br><br> Defendants. | MDL No. 2750 <br> Case No.     1:16-cv-01406 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, DAVID CAPE, by and through his undersigned counsel hereby stipulates under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the Defendant, JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. be voluntarily dismissed without prejudice and with each party bearing that party's own attorney's fees and costs.

Dated: January 10, 2017

s/ Peter J. Flowers
Peter J. Flowers, Esq., *IL Bar No. 06210847*

                                        MEYERS & FLOWERS, LLC
                                        3 North Second Street, Suite 300
                                        St. Charles, IL 60174
                                        Phone: 630-232-6333
                                        pjf@meyers-flowers.com

---

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission or Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/Peter J. Flowers
                                        Peter J. Flowers