

77 Water Street, New York, NY 10005   P 212.584.0700   F 212.584.0799   www.seegerweiss.com

January 20, 2017

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

    Re:    *In re: Invokana (Canagliflozin) Products Liability Litigation*
             MDL No. 2750
             Master Case No. 3:16-md-2750 (BRM) (LHG)

Dear Judge Martinotti:

      Pursuant to Your Honor's guidance at the last case management conference and in accordance with the Court's Initial Case Management Order [ECF No. 8] and CMO No. 1 [ECF No. 22], Interim Co-Liaison Counsel respectfully submit their recommendations for plaintiffs' leadership structure. For the convenience of the Court, we are submitting these recommendations in the form of the attached Proposed CMO No. 2 (annexed hereto as Exhibit A), which describes the proposed leadership slate and incorporates the responsibilities and obligations of the committee as set forth by Your Honor in the Initial Case Management Order.

      As discussed at the last conference, in preparing this submission, we conferred with all counsel who expressed an interest in a leadership position and believe the proposed organization reflects a consensus among such counsel and includes, in multiple respects, a diverse group of attorneys. Further, the lawyers included have the requisite experience, commitment, and resources to litigate this action for the common benefit of all plaintiffs. (*See* Exhibit B, annexed hereto, which includes biographies of the applicants). The proposed leadership committee includes 14 attorneys and although we could not provide leadership positions to all applicants, we anticipate the formation of several subcommittees (e.g., Discovery, Law & Briefing, and Science) which will provide opportunities to contribute to the common benefit of all plaintiffs for any attorneys who wish to participate in the litigation.

        Respectfully submitted,

        s/ Christopher A. Seeger
        CHRISTOPHER A. SEEGER
        SEEGER WEISS, LLP
        77 Water Street, 26th Floor
        New York, New York 10005
        (212) 584-0700
        cseeger@seegerweiss.com

        JAMES E. CECCHI
        CARELLA, BYRNE, CECCHI, OLSTEIN,
        BRODY & AGNELLO, P.C.
        5 Becker Farm Road
        Roseland, New Jersey 07068
        (973) 994-1700
        JCecchi@carellabyrne.com

        MICHAEL A. LONDON
        Douglas & London, P.C.
        59 Maiden Lane, 6th Floor
        New York, New York 10038
        (212) 566-7500
        mlondon@douglasandlondon.com

        *Plaintiffs' Interim Co-Liaison Counsel*