## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2750 : : : : JUDGE BRIAN R. MARTINOTTI : JUDGE LOIS H. GOODMAN : |

**THIS DOCUMENT RELATES TO: ALL CASES**

### CASE MANAGEMENT ORDER #2

This matter having been before the Court for an initial case management conference on January 12, 2017, the Court having entered a case management order, CMO #1 [ECF No. 22], requiring plaintiffs' counsel to meet and confer regarding the appointment of a steering committee, liaison counsel, and other leadership positions [ECF No. 22 at ¶ III(A)(1)], counsel having submitted consensus recommendations to the Court on January 20, 2017 [ECF No. 27], the Court having reviewed the submission and attached CVs, finding that the consensus recommendations present an array of highly skilled counsel with diverse backgrounds and experience which will provide the Court with an effective committee to advance this litigation in an efficient and just manner, for good cause shown, the Court hereby appoints the following members to Plaintiffs' Steering Committee ("PSC"):[1]

Christopher A. Seeger (Co-Lead Counsel)
Seeger Weiss LLP
77 Water Street, 26th Fl.
New York, New York 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

---

[1] Defendants' liaison counsel and lead counsel were appointed at the initial case management conference. [ECF No. 22 at ¶ III(A)(2).]

Michael A. London (Co-Lead Counsel)
Douglas & London, P.C.
59 Maiden Lane, 6th Fl.
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

James E. Cecchi (Liaison Counsel)
Carella, Byrne, Cecchi, Olstein, Brody & Agnello
5 Becker Farm Road
Roseland, New Jersey 07068
Phone: (973)994-1700
Fax: (973)994-1744
Email: jcecchi@carellabyrne.com

Ellen Relkin (Executive Committee)
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Phone: (212) 558-5500
Fax: (212) 344-5461
Email: erelkin@weitzlux.com

Hunter J. Shkolnik (Executive Committee)
Napoli Shkolnik, PLLC
360 Lexington Avenue, 11th Fl.
New York, New York 10017
Phone: (212) 397-1000
Fax: (646) 843-7603
Email: hunter@napolilaw.com

Timothy O'Brien (Executive Committee)
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 South Baylen Street
Pensacola, Florida 32502
Phone: (850) 435-7084
Fax: (850) 436-6084
Email: tobrien@levinlaw.com

Ashley Brittain-Landers
Schlicter Bogard & Denton, LLP
100 South Fourth Street, Ste. 1200
St. Louis, Missouri 63102
Phone: (314) 621-6115
Fax: (314) 621-7151
Email: abrittain@uselaws.com

John Gomez
Gomez Law Firm
655 West Broadway, Ste. 1700
San Diego, California 92101
Phone: (619) 237-3490
Fax: (619) 237-3496
Email: john@thegomezfirm.com

Anthony D. Irpino
Irpino, Avin & Hawkins
2216 Magazine Street
New Orleans, Louisiana 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
Email: airpino@irpinolaw.com

Holly H. Dolejsi
Robins Kaplan, LLP
800 LaSalle Avenue, Ste. 2800
Minneapolis, Minnesota 55402
Phone: (612) 349-8500
Fax: (612) 339-4181
Email: hdolejsi@robinskaplan.com

Danielle Ward Mason
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Phone: (800) 898-2034
Fax: (334) 954-7555
Email: danielle.mason@beasleyallen.com

Frank M. Petosa
Morgan & Morgan, P.A.
600 North Island Road, Ste. 400
Plantation, Florida 33324
Phone: (954) 318-0268
Fax: (954) 327-3018
Email: foetosa@forthepeople.com

Jason C. Webster
The Webster Law Firm
6200 Savoy Drive, Ste. 150
Houston, Texas 77036
Phone: (713) 396-5197
Fax: (713) 581-3907
Email: jwebster@thewebsterlawfirm.com

David S. Stellings
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
Phone: (212) 355-9500
Fax: (212) 355-9592
Email: dstellings@lchb.com

Further, the Court appoints as Co-Lead Counsel, Christopher Seeger and Michael London, and as Liaison Counsel, James Cecchi. Together, and along with Ellen Relkin, Hunter Shkolnik, and Timothy O'Brien, they shall comprise the PSC Executive Committee. It shall be the Executive Committee's duty to coordinate the responsibilities of the PSC, schedule PSC meetings, keep minutes or transcripts of these meetings, appear at periodic court noticed status conferences, perform other necessary administrative or logistic functions of the PSC, and carry out any other duty as the Court may order.

The appointment to the PSC is of a personal nature. Accordingly, the above appointees cannot be substituted by other attorneys, including members of the appointee's law firm, to perform the PSC's exclusive functions, such as committee meetings and court appearances, except with prior approval of the Court.

The PSC will have the following responsibilities:

Discovery

(1) Initiate, coordinate, and conduct all pretrial discovery on behalf of plaintiffs in all actions which are consolidated with the instant multi district litigation.

(2) Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all plaintiffs.

(3) Cause to be issued in the name of all plaintiffs the necessary discovery requests, motions, and subpoenas pertaining to any witnesses and documents needed to properly prepare for the pretrial of relevant issues found in the pleadings of this litigation. Similar requests, notices, and subpoenas may be caused to be issued by the PSC upon written request by an individual attorney in order to assist him/her in the preparation of the pretrial stages of his/her client's particular claims.

(4) Conduct all discovery in a coordinated and consolidated manner on behalf and for the benefit of all plaintiffs.

Hearings and Meetings

(1) Call meetings of counsel for plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or of the Court. Initiate proposals, suggestions, schedules, or joint briefs, and any other appropriate matter(s) pertaining to pretrial proceedings.

(2) Examine witnesses and introduce evidence at hearings on behalf of plaintiffs.

(3) Act as spokesperson for all plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject of course to the right of any plaintiff's counsel to present nonrepetitive individual or different positions.

Miscellaneous

(1) Submit and argue any verbal or written motions presented to the Court or Magistrate on behalf of the PSC as well as oppose when necessary any motions submitted by the defendant or other parties which involve matters within the sphere of the responsibilities of the PSC.

(2) Negotiate and enter into stipulations with Defendants regarding this litigation. All stipulations entered into by the PSC, except for strictly administrative details such as scheduling, must be submitted for Court approval and will not be binding until the Court has ratified the stipulation. Any attorney not in agreement with a non-administrative stipulation shall file with the Court a written objection thereto within five (5) days after he/she knows or should have reasonably become aware of the stipulation. Failure to object within the term allowed shall be deemed a waiver and the stipulation will automatically be binding on that party.

(3) Explore, develop, and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation.

(4) Maintain adequate files of all pretrial matters, including establishing and maintaining a document or exhibit depository, in either real or virtual format, and having those documents available, under reasonable terms and conditions, for examination by all MDL Plaintiffs or their attorneys.

(5) Perform any task necessary and proper for the PSC to accomplish its responsibilities as defined by the Court's orders, including organizing subcommittees comprised of plaintiffs' attorneys not on the PSC and assigning them tasks consistent with the duties of the PSC.

(6) Keep counsel of all plaintiffs advised of all pertinent developments in the MDL.

(7) Perform such other functions as may be expressly authorized by further orders of this Court.

**SO ORDERED.**

Dated: January 24, 2017                               */s/Brian R. Martinotti*
                                                      **BRIAN R. MARTINOTTI**
                                                      **UNITED STATES DISTRICT JUDGE**