UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
MAGISTRATE JUDGE LOIS H. GOODMAN
COURT REPORTER: REGINA TELL

DATE OF PROCEEDINGS: 2/23/2017
MDL DOCKET NO. 16-2750 (BRM)

IN RE: INVOKANA (CANAGLIFLOZIN)
PRODUCTS LIABILITY LITIGATION

APPEARANCES:
James Cecchi & Don Ecklunch, Liaison counsel for plaintiffs
Ellen Relkin, Executive committee counsel for plaintiffs
Chris Seeger & Michael London, Co-lead counsel for plaintiffs
Michael Zogby, Liaison counsel
Mollie Benedict & John Lewis, Co-lead counsel for defendants

NATURE OF PROCEEDINGS: IN-CHAMBERS & CASE MANAGEMENT CONFERENCE HELD.

The court will file a case management order summarizing today's conference.

Ordered matter continued to 3/30/2107 at 11:00 a.m. and the Interim Liaison Counsel shall appear at 10:00 a.m.

TIME COMMENCED: 10:00 a.m.
TIME ADJOURNED: 11:40 a.m.
TOTAL TIME: 1 hour & 40 minutes

S/Dana Sledge-Courtney
Courtroom Deputy