# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | **www.carellabyrne.com** | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | *CERTIFIED BY THE SUPREME COURT OF | MICHAEL CROSS |
| | BRIAN H. FENLON | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | +MEMBER FL BAR ONLY |
| ELLIOT M. OLSTEIN (1939-2014) | | | | |

March 6, 2017

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building
402 E. State Street
Trenton, New Jersey 08608

  Re: *In re: Invokana (Canagliflozin) Products Liability Litigation*,
    MDL 2750
    <u>Master Docket No. 3:16-cv-2750 (BRM)(LHG)</u>

Dear Judge Martinotti:

  This firm is Liaison Counsel for the Plaintiffs in the above-referenced multi-district litigation. On behalf of all parties, enclosed please find a proposed Case Management Order No. 5, which provides an agreed-upon ground rules governing the general content and subject matter, and presentation format for the "Science Day" scheduled on July 19, 2017.

  If the enclosed Order is acceptable to Your Honor, we respectfully request that the Court "So Order" it and return a "filed" copy to us via the Court's ECF system.

  Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

        Respectfully submitted,

        CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO

        /s/ *James E. Cecchi*

        JAMES E. CECCHI

cc: Lois H. Goodman, U.S.M.J. (via ECF)
   All Counsel of Record (via email)