# SEEGERWEISS LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

October 25, 2017

<u>VIA ECF</u>

Re:   *In re: Invokana (Canagliflozin) Products Liability Litigation*, MDL No. 2750
<u>Master Case No. 3:16-md-2750 (BRM) (LHG)</u>

Dear Counsel:

Please be advised that the PSC shall be taking the deposition of Bruce R. Leslie, M.D., in the above-referenced matter on November 7, 2017 at 9:30 a.m. eastern time, at the offices of Drinker Biddle & Reath LLP, 105 College Road East, Princeton, New Jersey 08542.

Sincerely,

<u>/s Christopher A. Seeger</u>
CHRISTOPHER A. SEEGER
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, New York 10005
(212) 584-0700
cseeger@seegerweiss.com

MICHAEL A. LONDON
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
(212) 566-7500
mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

cc:  All Counsel of Record