**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005     P 212.584.0700     F 212.584.0799     www.seegerweiss.com

November 3, 2017

**VIA ECF**

Re:  *In re: Invokana (Canagliflozin) Products Liability Litigation*, MDL No. 2750
Master Case No. 3:16-md-2750 (BRM) (LHG)

Dear Counsel:

Please be advised that the deposition of Bruce R. Leslie, M.D., scheduled for November 7, 2017 has been adjourned and will be rescheduled for a later date.

Sincerely,

/s Christopher A. Seeger
CHRISTOPHER A. SEEGER
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, New York 10005
(212) 584-0700
cseeger@seegerweiss.com

MICHAEL A. LONDON
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
(212) 566-7500
mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

cc:  All Counsel of Record