**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

November 3, 2017

**VIA ECF**

Re:  *In re: Invokana (Canagliflozin) Products Liability Litigation*, MDL No. 2750
    Master Case No. 3:16-md-2750 (BRM) (LHG)

Dear Counsel:

Please be advised that the following depositions have been scheduled:

| Witness | Date/Time | Location |
| --- | --- | --- |
| David Polidori | November 16, 2017 at 9 a.m. | Hilton La Jolla Torrey Pines Executive Board Room 10950 N. Torrey Pines Rd. La Jolla, CA 92037. |
| Brandon Porter | November 17, 2017 at 9 a.m. | Hilton La Jolla Torrey Pines Executive Board Room 10950 N. Torrey Pines Rd. La Jolla, CA 92037. |
| Jacqueline Coelln-Hough | November 21, 2017 at 9 a.m. | Drinker Biddle & Reath 105 College Road East Princeton, NJ 08542 |
| Sukhdev Saran | December 5, 2017 at 9 a.m. | Drinker Biddle & Reath 600 Campus Dr. Florham Park, NJ 07932 |
| Bruce Leslie | December 8, 2017 at 9 a.m. | Drinker Biddle & Reath 105 College Road East Princeton, NJ 08542 |
| Gary Meininger | December 19, 2017 at 9 a.m. | Drinker Biddle & Reath 600 Campus Dr. Florham Park, NJ 07932 |

Sincerely,

/s Christopher A. Seeger
CHRISTOPHER A. SEEGER
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, New York 10005
(212) 584-0700
cseeger@seegerweiss.com