**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

November 9, 2017

<u>VIA ECF</u>

    Re:    *In re: Invokana (Canagliflozin) Products Liability Litigation*, MDL No. 2750
               <u>Master Case No. 3:16-md-2750 (BRM) (LHG)</u>

Dear Counsel:

    Please be advised that the following depositions have been adjourned. We will advise you once they have been rescheduled.

| Witness | Date/Time | Location |
| --- | --- | --- |
| David Polidori | November 16, 2017 at 9 a.m. | Hilton La Jolla Torrey Pines Executive Board Room 10950 N. Torrey Pines Rd. La Jolla, CA 92037. |
| Brandon Porter | November 17, 2017 at 9 a.m. | Hilton La Jolla Torrey Pines Executive Board Room 10950 N. Torrey Pines Rd. La Jolla, CA 92037. |
| Jacqueline Coelln-Hough | November 21, 2017 at 9 a.m. | Drinker Biddle & Reath 105 College Road East Princeton, NJ 08542 |

                        Sincerely,

                        <u>/s Christopher A. Seeger</u>
                        CHRISTOPHER A. SEEGER
                        SEEGER WEISS, LLP
                        77 Water Street, 26th Floor
                        New York, New York 10005
                        (212) 584-0700
                        cseeger@seegerweiss.com