1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION NUMBER:**<br>**3:16-md-02750-BRM-LHG** |
| | **CASE MANAGEMENT**<br>**CONFERENCE** |

Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
November 16, 2017
11:00 a.m.

**B E F O R E:**       **THE HONORABLE BRIAN R. MARTINOTTI**
                **THE HONORABLE LOIS H. GOODMAN**
                **UNITED STATES DISTRICT JUDGES**

**A P P E A R A N C E S:**

SEEGER WEISS LLP
BY: CHRISTOPHER A. SEEGER, ESQUIRE
    JEFFREY GRAND, ESQUIRE
ATTORNEYS FOR PLAINTIFFS

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
BY:  DONALD ECKLUND, ESQUIRE
ATTORNEY FOR PLAINTIFFS

DOUGLAS & LONDON, P.C.
BY: MICHAEL A. LONDON, ESQUIRE
ATTORNEY FOR PLAINTIFFS

WEITZ & LUXENBERG
BY: ELLEN RELKIN, ESQUIRE
ATTORNEY FOR PLAINTIFFS

NAPOLI SHKOLNIK PLLC
BY: CHRISTOPHER R. LOPALO, ESQUIRE
ATTORNEY FOR PLAINTIFFS

Certified as true and correct as required by Title
28, U.S.C., Section 753.

/S/ Megan McKay-Soule, RMR, CRR

2

1   **A P P E A R A N C E S CONT'D:**

2

3   TUCKER ELLIS LLP
BY:  JOHN Q. LEWIS, ESQUIRE
MOLLIE BENEDICT, ESQUIRE
4   Attorneys for Defendants

5

6   DRINKER BIDDLE & REATH LLP
BY:  MICHAEL C. ZOGBY, ESQUIRE
7   Attorney for Defendants

8

BARNES & THORNBURG LLP
9   BY:  JAMES F. MURDICA, ESQUIRE
Attorney for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1           THE DEPUTY COURT CLERK:  All rise.

2           (Open court begins at 11:03 a.m.)

3           THE COURT:  We have counsel on the phone.

4    Ready to go.

5           Good morning, counsel.  Your appearances for

6    the record, please.

7           MR. SEEGER:  Good morning, your Honor.  Chris

8    Seeger for the plaintiffs.  With me is Jeff Grand from

9    Seeger Weiss.

10          MR. LONDON:  Good morning, your Honor.

11   Michael London for plaintiffs.

12          MS. RELKIN:  Good morning, your Honor.  Ellen

13   Relkin for the plaintiffs.

14          MR. ECKLUND:  Good morning, your Honor.  Don

15   Ecklund from Carella Byrne on behalf of plaintiffs.

16          MR. LOPALO:  Good morning, your Honor.  Chris

17   Lopalo from Napoli Shkolnik.

18          MR. LEWIS:  John Lewis for defendants.  Good

19   morning, your Honor.

20          MS. BENEDICT:  Mollie Benedict for defendants.

21          MR. ZOGBY:  Mike Zogby for defendants.

22          MR. MURDICA:  Jim Murdica for defendants.

23          THE COURT:  Welcome, counsel.

24          We had a conference in chambers, as has been

25   the protocol, myself and Judge Goodman with liaison

4

1    counsel.

2         The one question I have is what's going on

3    with the Mitsubishi defendants regarding plaintiff

4    Sanford?  Any idea?

5         MR. LEWIS:  Your Honor, on behalf of

6    defendants, we know that that's the only remaining

7    case with the Mitsubishi defendant named.  My

8    understanding is that counsel for plaintiffs and the

9    Steering Committee have reached out to that attorney

10   on numerous occasions to dismiss that defendant.  I'm

11   not sure where that stands.

12        MR. LONDON:  Your Honor, Michael London for

13   the PSC.

14        We have obviously reached out to numerous

15   firms, and I think the Court has given direction at

16   various case management conferences to comply with

17   Case Management Order 7 to dismiss the Mitsubishi

18   defendants from the cases.

19        We will endeavor -- it's been a success.  I

20   believe the list -- obviously, the list has decreased

21   significantly to this one case with this one firm.  We

22   will endeavor to communicate with the Latham, Wagner,

23   Steele & Lehman firm representing Constance Sanford

24   and remind that firm of the obligations of Case

25   Management Order 7, and I hope that we can report back

IN RE:  INVOKANA -- CASE MANAGEMENT CONFERENCE

5

1   at the next CMC that the case and the Mitsubishi

2   defendants have been dismissed from it.

3          THE COURT:  Let me ask counsel appearing

4   telephonically, is counsel for plaintiff Sanford on

5   the line?

6          (No response.)

7          THE COURT:  I guess not.  Is counsel for

8   plaintiff Sanford on the line?

9          THE DEPUTY COURT CLERK:  Counsel, are you

10   there?

11          (No response.)

12          MR. LEWIS:  Is it possible it's a listen-only

13   line?

14          THE COURT:  Do me a favor, convey to counsel

15   on Sanford that if at the next case management

16   conference the Mitsubishi defendant is not dismissed,

17   I may, and I'm not going to put this in the order, I

18   may just dismiss his entire case and let him re-file

19   it against everybody but Mitsubishi.  So maybe that

20   will get their attention.

21          With respect to orders entered since the last

22   case management conference, Judge Goodman entered an

23   order regarding production of personnel files.  That

24   order's terms will be implemented, and counsel are

25   meeting and conferring to comply with that order.

IN RE:  INVOKANA -- CASE MANAGEMENT CONFERENCE

6

1    Likewise, counsel will continue to meet and confer

2    regarding requests to change the discovery schedule

3    and a new scheduling order in the bellwether cases.

4            Aside from that, anybody need to be heard?

5    Defendants.

6            MR. LEWIS:  Nothing for defendants.  Thank

7    you, your Honors.

8            THE COURT:  Plaintiffs' counsel.

9            MR. SEEGER:  No, Your Honor.  We're good.

10           THE COURT:  On behalf of Judge Goodman and

11   myself and the Court, my best to you and your families

12   for a happy, healthy thanksgiving, and we will see you

13   on December 7th, I believe.

14           THE COURTROOM DEPUTY:  6th.

15           On the 6th.  Counsel, thank you very much.

16   Safe travels.  Off the record.

17           (Court adjourned at 11:10 a.m.)

18

19

20

21

22

23

24

25

7

1

2                    **REPORTER'S CERTIFICATE**

3

4      I, **Megan McKay-Soule, RMR, CRR,** Official Court

5   Reporter of the United States District Court for the

6   District of New Jersey, do hereby certify that the

7   foregoing proceedings are a true and accurate

8   transcript of the testimony as taken stenographically

9   by and before me at the time, place, and on the date

10  hereinbefore set forth.

11     I further certify that I am neither related to any

12  of the parties by blood or marriage, nor do I have any

13  interest in the outcome of the above matter.

14

15

16  **/S/ Megan McKay-Soule, RMR, CRR**    **November 16, 2017**

17         Court Reporter                      Date

18

19

20

21

22

23

24

25

*United States District Court*
*Trenton, NJ*

1

## /

**/S** [2] - 1:25, 7:16

## 0

**08608** [1] - 1:8

## 1

**11:00** [1] - 1:9
**11:03** [1] - 3:2
**11:10** [1] - 6:17
**16** [2] - 1:9, 7:16

## 2

**2017** [2] - 1:9, 7:16
**28** [1] - 1:24

## 3

**3:16-md-02750-BRM-LHG** [1] - 1:5

## 4

**402** [1] - 1:8

## 6

**6th** [2] - 6:14, 6:15

## 7

**7** [2] - 4:17, 4:25
**753** [1] - 1:24
**7th** [1] - 6:13

## A

**a.m** [3] - 1:9, 3:2, 6:17
**accurate** [1] - 7:7
**ACTION** [1] - 1:4
**adjourned** [1] - 6:17
**AGNELLO** [1] - 1:16
**appearances** [1] - 3:5
**appearing** [1] - 5:3
**aside** [1] - 6:4
**attention** [1] - 5:20
**ATTORNEY** [4] - 1:17, 1:19, 1:21, 1:23
**Attorney** [1] - 2:7
**attorney** [2] - 2:9, 4:9
**ATTORNEYS** [1] - 1:15
**Attorneys** [1] - 2:4

## B

**BARNES** [1] - 2:8
**begins** [1] - 3:2

**behalf** [3] - 3:15, 4:5, 6:10
**bellwether** [1] - 6:3
**Benedict** [1] - 3:20
**BENEDICT** [2] - 2:3, 3:20
**best** [1] - 6:11
**BIDDLE** [1] - 2:6
**blood** [1] - 7:12
**BRIAN** [1] - 1:10
**BRODY** [1] - 1:16
**Building** [1] - 1:7
**BY** [7] - 1:14, 1:16, 1:20, 1:22, 2:3, 2:6, 2:9
**Byrne** [1] - 3:15
**BYRNE** [1] - 1:16

## C

**CANAGLIFLOZIN** [1] - 1:4
**Carella** [1] - 3:15
**CARELLA** [1] - 1:16
**case** [7] - 4:7, 4:16, 4:21, 5:1, 5:15, 5:18, 5:22
**CASE** [1] - 1:6
**Case** [2] - 4:17, 4:24
**cases** [2] - 4:18, 6:3
**CECCHI** [1] - 1:16
**CERTIFICATE** [1] - 7:2
**Certified** [1] - 1:24
**certify** [2] - 7:6, 7:11
**chambers** [1] - 3:24
**change** [1] - 6:2
**Chris** [2] - 3:7, 3:16
**CHRISTOPHER** [2] - 1:14, 1:22
**CIVIL** [1] - 1:4
**Clarkson** [1] - 1:7
**CLERK** [2] - 3:1, 5:9
**CMC** [1] - 5:1
**Committee** [1] - 4:9
**communicate** [1] - 4:22
**comply** [2] - 4:16, 5:25
**confer** [1] - 6:1
**CONFERENCE** [1] - 1:6
**conference** [3] - 3:24, 5:16, 5:22
**conferences** [1] - 4:16
**conferring** [1] - 5:25
**Constance** [1] - 4:23
**CONT'D** [1] - 2:1
**continue** [1] - 6:1
**convey** [1] - 5:14
**correct** [1] - 1:24

**counsel** [14] - 3:3, 3:5, 3:23, 4:1, 4:8, 5:3, 5:4, 5:7, 5:9, 5:14, 5:24, 6:1, 6:8, 6:15
**COURT** [10] - 1:1, 3:1, 3:3, 3:23, 5:3, 5:7, 5:9, 5:14, 6:8, 6:10
**Court** [6] - 4:15, 6:11, 6:17, 7:4, 7:5, 7:17
**court** [1] - 3:2
**Courthouse** [1] - 1:7
**COURTROOM** [1] - 6:14
**CRR** [3] - 1:25, 7:4, 7:16

## D

**date** [1] - 7:9
**Date** [1] - 7:17
**December** [1] - 6:13
**decreased** [1] - 4:20
**defendant** [3] - 4:7, 4:10, 5:16
**Defendants** [3] - 2:4, 2:7, 2:9
**defendants** [10] - 3:18, 3:20, 3:21, 3:22, 4:3, 4:6, 4:18, 5:2, 6:5, 6:6
**DEPUTY** [3] - 3:1, 5:9, 6:14
**direction** [1] - 4:15
**discovery** [1] - 6:2
**dismiss** [3] - 4:10, 4:17, 5:18
**dismissed** [2] - 5:2, 5:16
**DISTRICT** [3] - 1:1, 1:2, 1:11
**District** [2] - 7:5, 7:6
**Don** [1] - 3:14
**DONALD** [1] - 1:16
**DOUGLAS** [1] - 1:18
**DRINKER** [1] - 2:6

## E

**East** [1] - 1:8
**Ecklund** [1] - 3:15
**ECKLUND** [2] - 1:16, 3:14
**Ellen** [1] - 3:12
**ELLEN** [1] - 1:20
**ELLIS** [1] - 2:2
**endeavor** [2] - 4:19, 4:22
**entered** [2] - 5:21, 5:22
**entire** [1] - 5:18

**ESQUIRE** [10] - 1:14, 1:14, 1:16, 1:18, 1:20, 1:22, 2:3, 2:3, 2:6, 2:9

## F

**families** [1] - 6:11
**favor** [1] - 5:14
**file** [1] - 5:18
**files** [1] - 5:23
**firm** [3] - 4:21, 4:23, 4:24
**firms** [1] - 4:15
**fisher** [1] - 1:7
**FOR** [6] - 1:2, 1:15, 1:17, 1:19, 1:21, 1:23
**foregoing** [1] - 7:7
**forth** [1] - 7:10

## G

**given** [1] - 4:15
**GOODMAN** [1] - 1:11
**Goodman** [3] - 3:25, 5:22, 6:10
**GRAND** [1] - 1:14
**Grand** [1] - 3:8
**guess** [1] - 5:7

## H

**happy** [1] - 6:12
**healthy** [1] - 6:12
**heard** [1] - 6:4
**hereby** [1] - 7:6
**hereinbefore** [1] - 7:10
**Honor** [9] - 3:7, 3:10, 3:12, 3:14, 3:16, 3:19, 4:5, 4:12, 6:9
**HONORABLE** [2] - 1:10, 1:11
**Honors** [1] - 6:7
**hope** [1] - 4:25

## I

**idea** [1] - 4:4
**implemented** [1] - 5:24
**IN** [1] - 1:4
**interest** [1] - 7:13
**INVOKANA** [1] - 1:4

## J

**JAMES** [1] - 2:9
**Jeff** [1] - 3:8
**JEFFREY** [1] - 1:14

**JERSEY** [1] - 1:2
**Jersey** [2] - 1:8, 7:6
**Jim** [1] - 3:22
**JOHN** [1] - 2:3
**John** [1] - 3:18
**Judge** [3] - 3:25, 5:22, 6:10
**JUDGES** [1] - 1:11

## L

**last** [1] - 5:21
**Latham** [1] - 4:22
**Lehman** [1] - 4:23
**LEWIS** [5] - 2:3, 3:18, 4:5, 5:12, 6:6
**Lewis** [1] - 3:18
**LIABILITY** [1] - 1:5
**liaison** [1] - 3:25
**likewise** [1] - 6:1
**line** [3] - 5:5, 5:8, 5:13
**list** [2] - 4:20
**listen** [1] - 5:12
**listen-only** [1] - 5:12
**LITIGATION** [1] - 1:5
**LLP** [4] - 1:13, 2:2, 2:6, 2:8
**LOIS** [1] - 1:11
**LONDON** [4] - 1:18, 1:18, 3:10, 4:12
**London** [2] - 3:11, 4:12
**LOPALO** [2] - 1:22, 3:16
**Lopalo** [1] - 3:17
**LUXENBERG** [1] - 1:20

## M

**MANAGEMENT** [1] - 1:6
**management** [3] - 4:16, 5:15, 5:22
**Management** [2] - 4:17, 4:25
**marriage** [1] - 7:12
**MARTINOTTI** [1] - 1:10
**matter** [1] - 7:13
**McKay** [3] - 1:25, 7:4, 7:16
**McKay-Soule** [3] - 1:25, 7:4, 7:16
**meet** [1] - 6:1
**meeting** [1] - 5:25
**Megan** [3] - 1:25, 7:4, 7:16
**Michael** [2] - 3:11, 4:12

MICHAEL [2] - 1:18, 2:6
Mike [1] - 3:21
Mitsubishi [6] - 4:3, 4:7, 4:17, 5:1, 5:16, 5:19
MOLLIE [1] - 2:3
Mollie [1] - 3:20
morning [7] - 3:5, 3:7, 3:10, 3:12, 3:14, 3:16, 3:19
MR [12] - 3:7, 3:10, 3:14, 3:16, 3:18, 3:21, 3:22, 4:5, 4:12, 5:12, 6:6, 6:9
MS [2] - 3:12, 3:20
MURDICA [2] - 2:9, 3:22
Murdica [1] - 3:22

**N**

named [1] - 4:7
NAPOLI [1] - 1:22
Napoli [1] - 3:17
need [1] - 6:4
NEW [1] - 1:2
new [1] - 6:3
New [2] - 1:8, 7:6
next [2] - 5:1, 5:15
nothing [1] - 6:6
November [2] - 1:9, 7:16
NUMBER [1] - 1:4
numerous [2] - 4:10, 4:14

**O**

obligations [1] - 4:24
obviously [2] - 4:14, 4:20
occasions [1] - 4:10
OF [1] - 1:2
Official [1] - 7:4
OLSTEIN [1] - 1:16
one [3] - 4:2, 4:21
Open [1] - 3:2
Order [2] - 4:17, 4:25
order [4] - 5:17, 5:23, 5:25, 6:3
order's [1] - 5:24
orders [1] - 5:21
outcome [1] - 7:13

**P**

P.C [1] - 1:18
parties [1] - 7:12
personnel [1] - 5:23

phone [1] - 3:3
place [1] - 7:9
plaintiff [3] - 4:3, 5:4, 5:8
PLAINTIFFS [5] - 1:15, 1:17, 1:19, 1:21, 1:23
plaintiffs [5] - 3:8, 3:11, 3:13, 3:15, 4:8
plaintiffs' [1] - 6:8
PLLC [1] - 1:22
possible [1] - 5:12
proceedings [1] - 7:7
production [1] - 5:23
PRODUCTS [1] - 1:5
protocol [1] - 3:25
PSC [1] - 4:13
put [1] - 5:17

**R**

RE [1] - 1:4
re [1] - 5:18
re-file [1] - 5:18
reached [2] - 4:9, 4:14
ready [1] - 3:4
REATH [1] - 2:6
record [2] - 3:6, 6:16
regarding [3] - 4:3, 5:23, 6:2
related [1] - 7:11
RELKIN [2] - 1:20, 3:12
Relkin [1] - 3:13
remaining [1] - 4:6
remind [1] - 4:24
report [1] - 4:25
Reporter [2] - 7:5, 7:17
REPORTER'S [1] - 7:2
representing [1] - 4:23
requests [1] - 6:2
required [1] - 1:24
respect [1] - 5:21
response [2] - 5:6, 5:11
rise [1] - 3:1
RMR [3] - 1:25, 7:4, 7:16

**S**

safe [1] - 6:16
Sanford [5] - 4:4, 4:23, 5:4, 5:8, 5:15
schedule [1] - 6:2
scheduling [1] - 6:3
Section [1] - 1:24
see [1] - 6:12

Seeger [2] - 3:8, 3:9
SEEGER [4] - 1:13, 1:14, 3:7, 6:9
set [1] - 7:10
SHKOLNIK [1] - 1:22
Shkolnik [1] - 3:17
significantly [1] - 4:21
Soule [3] - 1:25, 7:4, 7:16
stands [1] - 4:11
State [1] - 1:8
States [1] - 7:5
STATES [2] - 1:1, 1:11
Steele [1] - 4:23
Steering [1] - 4:9
stenographically [1] - 7:8
Street [1] - 1:8
success [1] - 4:19

**T**

telephonically [1] - 5:4
terms [1] - 5:24
testimony [1] - 7:8
thanksgiving [1] - 6:12
THE [13] - 1:2, 1:10, 1:11, 3:1, 3:3, 3:23, 5:3, 5:7, 5:9, 5:14, 6:8, 6:10, 6:14
THORNBURG [1] - 2:8
Title [1] - 1:24
transcript [1] - 7:8
travels [1] - 6:16
Trenton [1] - 1:8
true [2] - 1:24, 7:7
TUCKER [1] - 2:2

**U**

U.S [1] - 1:7
U.S.C [1] - 1:24
United [1] - 7:5
UNITED [1] - 1:1
uNITED [1] - 1:11

**V**

various [1] - 4:16

**W**

Wagner [1] - 4:22
WEISS [1] - 1:13
Weiss [1] - 3:9
WEITZ [1] - 1:20
welcome [1] - 3:23

**Z**

ZOGBY [2] - 2:6, 3:21
Zogby [1] - 3:21