**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005   P 212.584.0700   F 212.584.0799   www.seegerweiss.com

December 1, 2017

<u>VIA ECF</u>

      Re:    *In re: Invokana (Canagliflozin) Products Liability Litigation*, MDL No. 2750
              <u>Master Case No. 3:16-md-2750 (BRM) (LHG)</u>

Dear Counsel:

      Please be advised that the following deposition has been adjourned.  We will notify you when it is rescheduled.

| Witness | Date/Time | Location |
| --- | --- | --- |
| Bruce Leslie | December 8, 2017 at 9 a.m. | Drinker Biddle & Reath<br>105 College Road East<br>Princeton, NJ 08542 |

                      Sincerely,

                      <u>/s Christopher A. Seeger</u>
                      CHRISTOPHER A. SEEGER
                      SEEGER WEISS, LLP
                      77 Water Street, 26th Floor
                      New York, New York 10005
                      (212) 584-0700
                      cseeger@seegerweiss.com