# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INVOKANA (CANAGLIFOZIN) PRODUCTS LIABILITY LITIGATION** | MDL. No 3:16-md-2750 |
| THIS CASE RELATES TO: | JUDGE BRIAN MARTINOTTI JUDGE LOIS H. GOODMAN |
| SALLY CADY, INDIVIDUALLY, AND PAUL CADY, SPOUSE | |
| Plaintiff, | CIVIL ACTION NO: 3:17-cv-11521 |
| vs. | |
| JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT,LLC, JOHNSON & JOHNSON COMPANY, AND JANSSEN ORTHO, LLC | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Sally Cady and Paul Cady, who hereby dismisses WITHOUT PREJUDICE all of their claims in the above-entitled and numbered cause, pursuant to FRCP 41 (a)(1)(A)(i).  No answers have been filed by Defendants into the record of this matter.

**Dated**:  December 6, 2017

**SO ORDERED.**

Date: December 7, 2017

*/s/  Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**United States District Judge**

Respectfully Submitted:

     *s/ Douglas R. Plymale*
Douglas R. Plymale, Ph.D (LA Bar No. 28409)
dplymale@dugan-lawfirm.com
Mekel Smith Alvarez, (La. Bar No. 22157)
**THE DUGAN LAW FIRM, PLC**
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone:     (504) 648-0180
Facsimile:     (504) 648-0181
Attorneys for Plaintiffs

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of December, 2017, the above and foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically and is available for viewing through this Court's ECF system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

<u>    s/ Douglas R. Plymale        </u>
Douglas R. Plymale, Ph.D