# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>BRENDAN T. BYRNE<br>PETER G. STEWART<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>JAMES D. CECCHI (1933-1995)<br>JOHN G. GILFILLAN III (1936-2008)<br>ELLIOT M. OLSTEIN (1939-2014) | JAMES T. BYERS<br>DONALD F. MICELI<br>A. RICHARD ROSS<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com | FRANCIS C. HAND<br>AVRAM S. EULE<br>CHRISTOPHER H. WESTRICK*<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY | RAYMOND J. LILLIE<br>WILLIAM SQUIRE<br>STEPHEN R. DANEK<br>DONALD A. ECKLUND<br>MEGAN A. NATALE<br>ZACHARY S. BOWER+<br>MICHAEL CROSS<br>CHRISTOPHER J. BUGGY<br>JOHN V. KELLY III<br>MICHAEL A. INNES<br>+MEMBER FL BAR ONLY |

August 16, 2018

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Rm. 2020
Trenton, NJ 08608

    Re: *In re: Invokana (Canagliflozin) Products Liability Litigation*, MDL 2750 Master
        Docket No. 3:16-md-2750 (BRM)(LHG)

Dear Judge Martinotti:

    This firm is Liaison Counsel for the Plaintiffs in the above-referenced multi-district litigation. In accordance with the permission provided by the Court during our previous conference, the following dial-in number is available for counsel to listen to the case management conference today with their telephones on mute:

        Dial in – 866-842-1101

        Access code – 5579

    Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

        Respectfully submitted,

        CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO, P.C.

        */s/ James E. Cecchi*
        James E. Cecchi

cc:    Hon. Lois H. Goodman, U.S.M.J. (via ECF)
        All Counsel of Record (via ECF)