UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI              Date:   10/24/2019
Court Reporter: Megan McKay Soule          Docket No: 3:16md2750-BRM-LHG

Title of the Case:

IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILAITY LITIGATION

Appearances:

**Attorneys for Plaintiff(s):**
James Cecchi, Christopher Seeger, Kelly Wolford & Jeff Grant

**Attorneys for Defendant(s),**
Michael C. Zogby, James Murdica, & Mollie Benedict

Nature of Proceedings:

Status/Case Management Conference held in chambers (Newark)
Court Ordered as follows:
1. All prior case management & administrative orders remain in full effect
2. The following cases are dismissed w/out prejudice for failure to comply with prior orders: Brown 18-12660, Eklov 18-12659, Fernandez 18-10472, Gamble 18-12680, and Ross 17-4190. The parties may move to restore within 60 days.
3. The following cases are ordered to comply with prior administrative orders:  J. Griffin 19-19234 and O. Williams 19-18546.  Failure to comply with the court's order will result in the dismissal of their claims.

Any counsel who appeared telephonically during today's conference is to email their appearance to jgrand@seegerweiss.com
4.   Case Management Conferences are scheduled for 12/03/19 and 01/16/20 @ 11:00 am in Newark OTBS

                                             Lissette Rodriguez, Courtroom Deputy
                                             to the Hon. Brian R. Martinotti

Commenced:    11:00 am
Concluded:    12:40 pm