## DrinkerBiddle&Reath
#### LLP

Michael C. Zogby
973-549-7209 Direct
973-360-9831 Fax
Michael.Zogby@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited*
*Liability Partnership*

CALIFORNIA
CONNECTICUT
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

January 10, 2020

**VIA ECF**

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:** ***In Re: Invokana (Canagliflozin) Products Liability Litigation*,**
> **MDL No. 2750**
> **Master Docket No. 3:16-md-2750**

Dear Judge Martinotti:

On behalf of the parties, we write to respectfully request that the case management conference presently scheduled for next Thursday, January 16, 2020 at 11:00 a.m., be adjourned until **Thursday, March 5, 2020 at 11:00 a.m.,** with Lead and Liaison Counsel only to appear at 10:00 a.m.  Lead and Liaison Counsel for the Plaintiffs and for the Defendants have confirmed their availability for a conference on March 5.

We thank Your Honor for your continued time and attention to this matter.

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

*s/ Michael C. Zogby*
Michael C. Zogby

cc:      All Counsel of Record (via ECF)

*Andrew B. Joseph*
*Partner responsible for*
*Florham Park Office*

*Established 1849*

It is so ordered this 13th day
of January, 2020

Brian R. Martinotti, U.S.D.J.