# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750 |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

## ORDER ON REPORT AND RECOMMENDATION

The Court, having appointed the Honorable David R. Herndon (ret) on April 3, 2019, by Administrative Order #2 [Dkt. 283], to serve as a Special Master to address issues related to the common benefit order, and having further granted him the authority, on November 13, 2019, by Administrative Order #7 [Dkt. 317], to issue a Report and Recommendation to this Court allocating the common benefit funds, now adopts the Report & Recommendation of Special Master Herndon, dated May 22, 2020. There were no objections received to this Report & Recommendation, and Judge Herndon had indicated that it was on consent.

To this end, and consistent with Judge Herndon's Report & Recommendation, this Court directs that the Escrow Agent retained by the PSC, Angeion Group, coordinate and issue payment of the common benefit fee and expense funds to those firms identified on Exhibits A and B of this Order. Payment to each firm shall be issued in an amount equal to the percentage of those common benefit fee and expense funds identified and allocated in the Report, dated May 22, 2020, and as indicated on Exhibits A and B. A copy of Judge Herndon's Report & Recommendation shall be delivered to the Escrow Agent. These payments should be made forthwith.

Date: June 19, 2020  /s/Brian R. Martinotti  
**HON. BRIAN R. MARTINOTTI**  
**UNITED STATES DISTRICT JUDGE**

**EXHIBIT A:  ALLOCATION OF COMMON BENEFIT EXPENSE FUND**

| Firm Name | Allocation of Funds |
| --- | --- |
| Beasley Allen | 4.03802% |
| Carella, Byrne, Cecchi | 3.81712% |
| Douglas & London | 8.54970% |
| Excolo | 0.10900% |
| Gomez | 2.15753% |
| Hagens Berman | 3.46812% |
| Irpino | 3.78196% |
| Leif Cabraser | 3.73841% |
| Levin Papantonio | 7.65094% |
| Lopez McHugh | 1.20558% |
| Morgan | 7.06507% |
| Napoli | 3.57651% |
| Robbins Geller | 0.15774% |
| Robins Kaplan | 3.80177% |
| Schlichter Bogard Denton | 3.71608% |
| Seeger Salvas | 0.98205% |
| Seeger Weiss | 31.82966% |
| Skikos | 0.95084% |
| Webster | 3.42093% |
| Weitz & Luxenberg | 5.98298% |

**EXHIBIT B: ALLOCATION OF COMMON BENEFIT FEE FUND**

| Firm Name | Allocation of Funds |
|---|---|
| Beasley Allen | 1.56172% |
| Carella, Byrne, Cecchi | 4.33023% |
| Chapin | 0.01420% |
| Douglas & London | 25.55548% |
| Excolo | 0.67438% |
| Gomez | 0.24846% |
| Irpino | 2.83950% |
| Kennedy Madonna | 0.10648% |
| Lambert | 0.07099% |
| Leif Cabraser | 2.66203% |
| Levin Papantonio | 12.60027% |
| Lopez McHugh | 2.48456% |
| Morgan | 5.32406% |
| Napoli | 1.59722% |
| Robbins Geller | 1.95215% |
| Robins Kaplan | 0.14197% |
| Schlichter Bogard Denton | 1.17129% |
| Seeger Salvas | 1.59722% |
| Seeger Weiss | 28.39497% |
| Skikos | 1.34876% |
| Weitz & Luxenberg | 5.32406% |